IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTERRON DJON BRANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:25-cv-804-RAH |
| ) | |
| THOMAS HUGGINS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 13, 2026, the Magistrate Judge entered a Report and Recommendation (doc. 10) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

(1)   The Recommendation of the Magistrate Judge (doc. 10) is **ADOPTED**; and

(2)   This action is **DISMISSED without prejudice**; and

(3)   A separate judgment will issue.

**DONE** on this the 5th day of March 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1